```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/13/2024
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------- X
                                                                     :
VERIFICENT TECHNOLOGIES, INC.,                                       :
                                                                     :
                                    Petitioner,                      :   1:24-cv-9487-GHW
                                                                     :
                    -v-                                              :   ORDER
                                                                     :
APRATIM DUTTA,                                                       :
                                                                     :
                                    Respondent.                      :
                                                                     :
-------------------------------------------------------------------- X

GREGORY H. WOODS, United States District Judge:

On December 12, 2024, Petitioner filed a petition to confirm an arbitration award. Dkt. No. 1. Proceedings to confirm an arbitral award must be "treated as akin to a motion for summary judgment." *D.H. Blair & Co. v. Gottdiener*, 462 F.3d 95, 108 (2d Cir. 2006). Accordingly, it is hereby ORDERED that Petitioner shall file and serve a statement pursuant to Local Civil Rule 56.1 and any additional materials with which it intends to support the petition, including any affidavits or declarations attesting that the exhibits to the petition are true and correct copies of what they purport to be, no later than January 10, 2025. Respondent's opposition is due by February 14, 2025. Petitioner's reply, if any, is due by February 28, 2025.

Petitioners are directed to serve the petition and supporting materials upon Respondent by January 17, 2025 and to file an affidavit of such service with the Court by January 21, 2025.

SO ORDERED.

Dated: December 13, 2024
       New York, New York                                 _____
                                                          GREGORY H. WOODS
                                                          United States District Judge