UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------------- X

VERIFICIENT TECHNOLOGIES, INC.,

                    Petitioner,

          -v-

APRATIM DUTTA,

                  Respondent.

-------------------------------------------------------------------- X

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/23/2025
```

1:24-cv-9487-GHW

ORDER

GREGORY H. WOODS, United States District Judge:

By letter dated April 21, 2025, Petitioner requested that the Court amend the Court's order dated April 17, 2025 to hold that publication on ECF is sufficient service on Respondent. Dkt. No. 27. However, Petitioner's request was contingent on Respondent's "failure to include his address or email in order to afford the Court or Petitioner the ability to provide him with direct notice and service of papers in this action." *Id.* at 3; *see also id.* at 4 ("Petitioner Verificient respectfully requests that the Court direct the Clerk of Court to serve the Order, as amended, and all other ECF-filed papers in this action on Respondent Dutta at Respondent Dutta's last two known email addresses until such time as Respondent Dutta files his Notice of Appearance as ordered by the Court in the Order"). On April 22, 2025, Respondent filed a notice of appearance on the docket. Dkt. No. 28. Therefore, the Court considers Petitioner's April 21, 2025 application moot. The Clerk of Court is directed to mail a copy of this order and the order at Dkt. No. 26 to Plaintiff by certified mail.

     SO ORDERED.

Dated: April 23, 2025
     New York, New York

                                  GREGORY H. WOODS
                            United States District Judge