UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
VERIFICIENT TECHNOLOGIES, INC.,

                            Petitioner,                         24 **CIVIL** 9487 (GHW)

            -against-                                     **JUDGMENT**

APRATIM DUTTA

                            Respondent.
-----------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memorandum Opinion & Order dated June 20, 2025, Judgment is entered in favor of Petitioner in the amount of $483,681.98 with pre-judgment interest at a rate of 9 percent per year from December 16, 2023 to the date of this order for a total interest amount of $65,833.76, and with post-judgment interest at the rate provided in 28 U.S.C. § 1961(a). The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that any appeal from this order would not be taken in good faith, and therefore IFP status is denied for the purpose of an appeal. See Coppedge v. United States, 369 U.S. 438, 444-45 (1962).

**Dated**: New York, New York
          June 20, 2025

                                                                      **TAMMI M. HELLWIG**
                                                                         **Clerk of Court**

                                          **BY:**

                                                                          **Deputy Clerk**