```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/23/2025
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- X
                                                              :
VERIFICIENT TECHNOLOGIES, INC.,                               :
                                                              :
                              Petitioner,                     :   1:24-cv-9487-GHW
                                                              :
               -v-                                            :   ORDER
                                                              :
APRATIM DUTTA,                                                :
                                                              :
                              Respondent.                     :
                                                              :
------------------------------------------------------------- X

GREGORY H. WOODS, United States District Judge:

On June 23, 2025, Respondent's opposition to the petition to confirm the arbitration award was entered on the docket. *See* Dkt. Nos. 46, 47. Because the Court's order at Dkt. No. 41 and the Clerk's judgment at Dkt. No. 43 have been vacated, *see* Dkt. No. 45, Petitioner's reply to Respondent's opposition, including a memorandum of law and a reply 56.1 statement, is due no later than July 14, 2025.

SO ORDERED.

Dated: June 23, 2025
       New York, New York
                                                    _____
                                                          GREGORY H. WOODS
                                                       United States District Judge