```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/14/2025
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------- X
                                                      :
VERIFICIENT TECHNOLOGIES, INC.,     :
                                                      :
                                           Petitioner,   :              1:24-cv-9487-GHW
                                                      :
                                      -v-                              :                <u>ORDER</u>
                                                      :
APRATIM DUTTA,                            :
                                                      :
                                           Respondent.   :
                                                      :
----------------------------------------------------------------- X

GREGORY H. WOODS, United States District Judge:

       As discussed during the conference held on the record on July 14, 2025, the briefing schedule for Petitioner's petition to confirm the arbitration award and Respondent's cross-motion to vacate the award is as follows:

- No later than July 28, 2025, Respondent must file a revised Rule 56.1 Statement of Material Facts that contains both his responses to Petitioner's 56.1 Statement of Material Facts and the additional facts that Respondent asserts in opposition to the petition and in support of the motion to vacate;

- No later than August 11, 2025, Petitioner must file a memorandum of law that sets out Petitioner's arguments both in support of the petition and in opposition to the motion to vacate; Petitioner must also file a response 56.1 Statement and all other supporting materials in opposition to Respondent's motion to vacate;

- No later than September 8, 2025, Respondent must file any materials opposing the petition to confirm the award and replying to Petitioner's opposition to the motion to vacate; Respondent may file a reply 56.1 Statement responding to Petitioner's response 56.1 statement regarding the motion to vacate;

- No later than September 22, 2025, Petitioner may file any reply to Respondent's opposition to the petition to confirm; Petitioner may file a reply 56.1 Statement regarding the petition to confirm the award;

Further, as discussed on the record during the July 14, 2025 conference, the deadline for Petitioner to file opposition to Respondent's motion for sanctions remains July 22, 2025. Plaintiff's reply, if any, is due August 5, 2025.

SO ORDERED.

Dated: July 14, 2025
New York, New York

_____
GREGORY H. WOODS
United States District Judge

2