```
                                                    ┌─────────────────────────────┐
                                                    │ USDC SDNY                   │
                                                    │ DOCUMENT                    │
UNITED STATES DISTRICT COURT                        │ ELECTRONICALLY FILED        │
SOUTHERN DISTRICT OF NEW YORK                       │ DOC #: _____        │
------------------------------------------------ X  │ DATE FILED: 7/18/2025       │
                                                 :  └─────────────────────────────┘
VERIFICIENT TECHNOLOGINES, INC.,                 :
                                                 :
                                    Petitioner,  :      1:24-cv-9487-GHW
                                                 :
               -v-                               :              ORDER
                                                 :
APRATIM DUTTA,                                   :
                                                 :
                                    Respondent.  :
                                                 :
------------------------------------------------ X
```

GREGORY H. WOODS, United States District Judge:

By letter dated July 15, 2025, Respondent informed the Court that he is still unable to view the documents at Dkt. Nos. 10 and 11, even after the Court directed the Clerk of Court to change the viewing level of those documents so that all parties may view them. Dkt. No. 72. If Respondent were to be granted ECF filing access, all sealed documents viewable by the parties would be accessible to him online.[1] The Court therefore directs the Clerk of Court to mail copies of the documents at Dkt. Nos. 10 and 11 to Respondent by first class and certified mail.

SO ORDERED.

Dated: July 18, 2025
       New York, New York

                                              _____
                                              GREGORY H. WOODS
                                              United States District Judge

---

[1] See template motion for permission for Electronic Case Filing at https://www.nysd.uscourts.gov/forms/motion-permission-electronic-case-filing-pro-se-cases.