UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------ X

VERIFICIENT TECHNOLOGIES, INC.,

                  Petitioner,

          -v-

APRATIM DUTTA,

              Respondent.

------------------------------------------------------------------ X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/27/2026

1:24-cv-9487-GHW

ORDER

GREGORY H. WOODS, United States District Judge:

The Court has reviewed the parties' submissions in connection with Petitioner's motion to confirm an arbitral award. The parties' submissions do not provide sufficient factual basis for the Court to determine whether it has subject matter jurisdiction over the dispute. Accordingly, it is necessary to hold an evidentiary hearing on that issue. The Court will hold that hearing on February 4, 2026 at 10:00 a.m., in Courtroom 12C of the United States District Court for the Southern District of New York, Daniel Patrick Moynihan U.S. Courthouse at 500 Pearl Street, New York, New York, 10007.

The Court expects to hear testimony from Petitioner's declarant Mr. Rajnish Kumar and Respondent Apratim Dutta. The Court orders the parties to inform the Court of any other witness they seek to call no later than February 2, 2026. The Court will also accept any documentary evidence from the parties on the date of the hearing.

       SO ORDERED.

Dated: January 27, 2026
      New York, New York

_____
GREGORY H. WOODS
United States District Judge