UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/2/2026

------------------------------------------------------------------ X
                                                  :
VERIFICIENT TECHNOLOGIES, INC.,        :
                                                  :
                                Petitioner,   :                1:24-cv-9487-GHW
                                                  :
               -v-                              :                ORDER
                                                  :
APRATIM DUTTA,                            :
                                                  :
                              Respondent.  :
                                                  :
------------------------------------------------------------------ X

GREGORY H. WOODS, United States District Judge:

The Court reminds the parties that the hearing scheduled for February 4, 2026 is limited to the issue of whether the Court has subject matter jurisdiction over the parties' dispute. The Court only has subject matter jurisdiction if the parties are citizens of different states. *See* 28 U.S.C. § 1332. In particular, the Court seeks evidence on the location of Petitioner's principal place of business.

For avoidance of doubt, the Court will take testimonial and documentary evidence at the hearing. Though that evidence must be relevant to the issue described above, it need not be limited to the evidence previously submitted in connection with the parties' motions to vacate and confirm. The Court expects that the parties will inform the Court of any witnesses they intend to call—other than Mr. Kumar and Mr. Dutta—by the end of the day. Should Respondent require authorization to enter the courthouse with electronics, he must request an electronic device order. That order can be found here: https://nysd.uscourts.gov/forms/fillable-form-electronic-devices-general-purpose. The order must be returned by the end of the day and must be returned to Chambers via email.

SO ORDERED.

Dated: February 2, 2026
        New York, New York

_____
GREGORY H. WOODS
United States District Judge