USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/20/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------------- X
                               :

VERIFICIENT TECHNOLOGIES, INC.,      :

                               :

                Petitioner,   :          1:24-cv-9487-GHW

                               :

         -v-                :           ORDER

                               :

APRATIM DUTTA,               :

                               :

             Respondent.  :

                               :

-------------------------------------------------------------------- X

GREGORY H. WOODS, United States District Judge:

For the reasons stated on the record during the conference held on February 20, 2026,

Respondent's motion for sanctions is DENIED.  The Clerk of Court is directed to terminate the

motion pending at Dkt. No. 62.

      SO ORDERED.

Dated: February 20, 2026
       New York, New York

                                     _____
                                       GREGORY H. WOODS
                                  United States District Judge