**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------------X
VERIFICIENT TECHNOLOGIES, INC.,

                             Petitioner,

         -against-                                    24 **CIVIL** 9487 (GHW)

                                                   **JUDGMENT**

APRATIM DUTTA,

                             Respondent.
-------------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memorandum Opinion & Order dated February 20, 2026, the parties' cross motions to vacate and confirm the Final Award are DENIED, and this action is DISMISSED without prejudice for lack of subject matter jurisdiction. The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that any appeal from the order would not be taken in good faith, and therefore IFP status is denied for the purpose of an appeal. See Coppedge v. United States, 369 U.S. 438, 444—45 (1962); accordingly, the case is closed.

**Dated:** New York, New York

       February 24, 2026

                                            **TAMMI M. HELLWIG**

                                       _____

                                              **Clerk of Court**

                                         *K. mango*

               **BY:**                       

                                              _____

                                              **Deputy Clerk**